IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY V. PHARR**                                                                                          **PLAINTIFF**

v.                                                                    **CIVIL ACTION NO. 1:21-cv-239-TBM-RPM**

**M. WEST** *and* **TROY A. CARPENTER**                                                     **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [24] entered by the United States Magistrate Judge Robert P. Myers on May 18, 2022. The Court, having adopted the Report and Recommendation as the opinion of the Court by Order entered this same day, finds that this matter should be dismissed.

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE.** This **CASE** is **CLOSED.**

**THIS**, the 22nd day of July, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE